**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00064-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOEY BRONSON,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       This will confirm that a supervised release violation hearing regarding Defendant Bronson is set **Tuesday, May 24, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




DATED: April 14, 2011

_____