# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number:  00-cr-00064-LTB-01 |
| JOEY BRONSON | USM Number:  29591-013 |
| | LaFonda R. Jones, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 3, 4, 5, and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Work Regularly | 11/08/09 |

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    Violation 2 is discharged as to the government.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 24, 2011
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

June 3, 2011
Date

DEFENDANT: JOEY BRONSON
CASE NUMBER: 00-cr-00064-LTB-01                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Purchase or Possession of a Controlled Substance | 12/04/09 |
| 4 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 12/3/09 |
| 5 | Failure to Participate in Drug/Alcohol Testing as Directed by the Probation Officer | 12/2/09 |
| 6 | Violation of Law (Controlled Substance-Possession of a Schedule IV Substance Over One Gram | 12/04/09 |

DEFENDANT:  JOEY BRONSON
CASE NUMBER:  00-cr-00064-LTB-01                                           Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nineteen (19) months, with fifty (50) days credit time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal